## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| CHUKWUMA E. AZUBUKO, | ) | |
|---|---|---|
| PLAINTIFF | ) | |
| v. | ) | No. 2:06cv184-DBH |
| JUDGE JOEL PISANO, | ) | |
| DEFENDANT | ) | |

## ORDER

The plaintiff's motion for relief from judgment is **DENIED**. He has not shown any adequate ground under Fed. R. Civ. P. 60.

**SO ORDERED.**

**DATED THIS 6TH DAY OF JULY, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**