UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CHUKWUMA E. AZUBUKO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-cv-00184-DBH |
| | ) | |
| JUDGE JOEL A. PISANO, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER STRIKING MOTION FOR RECONSIDERATION**

On July 8, 2011, in accordance with *Cok v. Family Court of Rhode Island*, 985 F.2d 32, 35 (1st Cir. 1993), the Court issued an Order striking Chukwuma E. Azubuko's Motion for Reconsideration and enjoining Mr. Azubuko from making any similar filings without prior leave of the Court. *Azubuko v. Dedham Mass. Police Comm'r*, Docket No. 1:06-cv-00152-JAW, *Order Striking Mot. for Recons.* (D. Me. Jul. 8, 2011) (Docket # 20). On July 15, 2011, in contravention of that Order, Mr. Azubuko moved for reconsideration in the case of *Azubuko v. Pisano*, Docket No. 2:06-cv-184-DBH, *Mot. for Recons.* (Docket # 15). As Mr. Azubuko did not obtain prior leave of the Court before he filed the motion for reconsideration, the filing violates the Court's injunction. The Court therefore STRIKES Chukwuma E. Azubuko's Motion for Reconsideration filed July 15, 2011 from the docket. The Court reminds Mr. Azubuko that before he files any further motions in the United States District Court for the District of Maine, he must obtain prior leave of the Court.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT COURT

Dated this 18th day of July, 2011